Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
3990 CONCOURS STREET, SUITE 350
ONTARIO, CA 91764
Phone: (626) 915-7000, Fax: (972) 661-7726
E-mail: CDCAECF@BDFGROUP.COM
FILE NO. 9309188

FOR COURT USE ONLY

**FILED & ENTERED**

**OCT 27 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

☒ *Attorney for Movant*
☐ *Movant appearing without an attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

Linda Sue Medeiros,

Debtor(s).

CASE NO.: 6:21-bk-14112-WJ

CHAPTER: 7

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**

DATE:        10/28/2021
TIME:        10:00 am
COURTROOM:   304
PLACE:       U.S. Bankruptcy Court
             3420 Twelfth Street
             Riverside, CA 92501

**Movant:** PENTAGON FEDERAL CREDIT UNION

1.  The Motion was:      ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2.  The Motion affects the following real property (Property):

    *Street address*:        10167 Monaco Dr.
    *City, state, zip code*:  Rancho Cucamonga, CA 91737

    Legal description or document recording number (including county of recording):
      2020-0440609  SAN BERNARDINO COUNTY

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3.  The Motion is granted under:

   a.  ☒  11 U.S.C. § 362(d)(1)

   b.  ☒  11 U.S.C. § 362(d)(2)

   c.  ☐  11 U.S.C. § 362(d)(3)

4.  ☒  As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a.  ☒  Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b.  ☐  Modified or conditioned as set forth in Exhibit _____ to this order.

   c.  ☐  Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5.  ☒  Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6.  ☒  The 14-day stay as provided in FRBP 4001(a)(3) is waived.

7.  This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

###

Date: October 27, 2021

Wayne Johnson
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 2                                F 4001-1.RFS.RP.ORDER